# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**

*10:50 am, 3/31/25*

**Margaret Botkins**
**Clerk of Court**

FOUR B PROPERTIES, LLC; RANCH 10, LLC; and GARY A. BINNING, individually and as trustee of JH RIVER RANCH LAND TRUST U/A/D DECEMBER 21, 2020,

        Plaintiffs,

vs

THE NATURE CONSERVANCY, a District of Columbia 501(c)(3) corporation,

        Defendant.

Case Number: 1:24-CV-00006-SWS

## JUDGMENT IN A CIVIL ACTION

This matter comes before the Court on Defendant The Nature Conservancy's Motion for Summary Judgment (ECF 118) with supporting memorandum (ECF 119) and supplement (ECF 135), seeking summary judgment against the Plaintiff's sole remaining claim of promissory estoppel. Pursuant to the Order entered March 31, 2025 (ECF 147), incorporated by reference herein, the Court hereby GRANTS Defendant's Motion for Summary Judgment. The Court further DENIES AS MOOT all other pending motions.

IT IS HEREBY ORDERED AND ADJUDGED that with the earlier dismissal of Count I (ECF 21), all of Plaintiffs' claims have been adjudicated and final judgment is entered in the Defendant's favor.

Dated this 31st day of March, 2025.

                                               Margaret Botkins
                                               Clerk of Court

                                             By Elayna Thorsell
                                               Deputy Clerk